Ronald A. Marron (175650)
Alexis M. Wood (270200)
Kas L. Gallucci (288709)
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

Rachel Isabel Kesten (*admitted pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone:  (914) 997-0500
Facsimile:   (914) 997-0035
rkesten@lowey.com

[*additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY PAWLUKIEWICZ, JACQUELINE DILANCHYAN, PAIGE MILLER, JAMILLAH DUNN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD LOS ANGELES, a California nonprofit public benefit corporation, and PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., a New York not-for-profit corporation,<br><br>Defendants. | Case No. 2:21-cv-09611-SVW-RAO<br><br>*Hon. Stephen V. Wilson*<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)
*Pawlukiewicz v. Planned Parenthood Los Angeles,* No. 2:21-cv-09611-SVW-ROA

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR REPRESCTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Amy Pawlukiewicz, Jacqueline Dilanchyan, Paige Miller and Jamillah Dunn (collectively "Plaintiffs"), through their counsel of record, Kas L. Gallucci of the Law Offices of Ronald A. Marron, and Defendant Planned Parenthood Los Angeles, through its counsel of record, Matthew D. Pearson of Baker Hostetler LLP, and Defendant Planned Parenthood Federation of America, Inc., through its counsel of record, Vassi Iliadis of Hogan Lovells LLP, hereby file this Stipulation for Dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

This action shall be dismissed WITHOUT PREJUDICE as to all claims asserted in the lawsuit pursuant to Federal Rule of Civil Procedure 41(a).

Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 28, 2022

/s/ Kas L. Gallucci
Ronald A. Marron (175650)
Alexis M. Wood (270200)
Kas L. Gallucci (288709)
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

Rachel Isabel Kesten (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**

2
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)
*Pawlukiewicz v. Planned Parenthood Los Angeles,* No. 2:21-cv-09611-SVW-ROA
4879-6308-4299.1

|  |  |
|---|---|
| 1 | 44 South Broadway, Suite 1100 |
| 2 | White Plains, NY 10601 |
|   | Telephone: (914) 997-0500 |
| 3 | Fax: (914) 997-0035 |
| 4 | rkesten@lowey.com |
| 5 | Anthony M. Christina (*pro hac vice*) |
| 6 | **LOWEY DANNENBERG, P.C.** |
|   | One Tower Bridge |
| 7 | 100 Front Street, Suite 520 |
| 8 | West Conshohocken, PA 19428 |
|   | Telephone: (215) 399-4770 |
| 9 | Fax: (914) 997-0035 |
| 10 | achristina@lowey.com |
| 11 |   |
| 12 | Vuong Q Nguyen |
|    | **LAW OFFICES OF ADAM V. NGUYEN** |
| 13 | 9550 Bolsa Avenue Unit 224 |
| 14 | Westminster, CA 92683 |
|    | 714-552-1734 |
| 15 | 714-333-4324 (fax) |
| 16 | anguyen@avnguyenlaw.com |
| 17 | *Attorneys for Plaintiffs and the Proposed Class* |
| 18 |   |
| 19 | Dated: January 27, 2022      /s/ Vassi Illiadis |
| 20 | Vassi Iliadis |
|    | Hogan Lovells LLP |
| 21 | 1999 Avenue of the Stars Suite 1400 |
| 22 | Los Angeles, CA 90067 |
|    | 310-785-4600 |
| 23 | 310-785-4601 (fax) |
| 24 | vassi.iliadis@hoganlovells.com |
| 25 |   |
| 26 | *Attorney for Defendant Planned Parenthood Federation of America Inc.* |
| 27 |   |
| 28 |   |

3

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)

*Pawlukiewicz v. Planned Parenthood Los Angeles,* No. 2:21-cv-09611-SVW-ROA

4879-6308-4299.1

| | |
|---|---|
| Dated: January 28, 2022 | /s/ Matthew D. Pearson<br>Matthew D. Pearson<br>Baker and Hostetler LLP<br>1801 California Street Suite 4400<br>Denver, CO 80202<br>303-764-4128<br>303-861-7805 (fax)<br>mpearson@bakerlaw.com<br><br>***Attorney for Defendant Planned Parenthood Los Angeles*** |

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Defendants' counsel, and that I have obtained Defendants' counsels' authorization to affix their electronic signatures to this document.

| | |
|---|---|
| Dated: January 28, 2022 | /s/ Kas L. Gallucci<br>Kas L. Gallucci (288709)<br>**LAW OFFICES OF RONALD A. MARRON**<br>651 Arroyo Drive<br>San Diego, CA 92103<br>Tel: (619) 696-9006<br>Fax: (619) 564-6665<br>kas@consumersadvocates.com |