JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY PAWLUKIEWICZ, JACQUELINE DILANCHYAN, PAIGE MILLER, JAMILLAH DUNN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD LOS ANGELES, a California nonprofit public benefit corporation, and PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., a New York not-for-profit corporation,<br><br>Defendants. | Case No. 2:21-cv-09611-SVW-RAO<br><br>CLASS ACTION<br><br>**ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

Plaintiffs Amy Pawlukiewicz, Jacqueline Dilanchyan, Paige Miller and Jamillah Dunn (collectively "Plaintiffs") and Defendant Planned Parenthood Los Angeles and Defendant Planned Parenthood Federation of America, Inc. (collectively, "Defendants"), by and through their counsel of record, having filed their Stipulation for Dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a), AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that this action shall be dismissed WITHOUT PREJUDICE as to all claims asserted in the lawsuit pursuant to Federal Rule of Civil Procedure 41(a). Each party to bear its own costs and fees.

Dated: __February 7__, 2022                   _____
                                              The Honorable Stephen V. Wilson
                                              United States District Judge